1
2
3
4
5
6
7     UNITED STATES DISTRICT COURT FOR THE
8     WESTERN DISTRICT OF WASHINGTON
       AT SEATTLE
9

10   UNITED STATES OF AMERICA,

11        Plaintiff,                    NO.   CR22-085 BAT

12        v.                            INFORMATION
                                        MISDEMEANOR
13   LANIE MAE SPOTTEDBIRD,

14        Defendant.

15

16  The United States Attorney charges that:

17                    **COUNT 1**
              **(Obstruction of Mail)**

18    On or about June 7, 2021, in King County, within the Western District of

19  Washington, and elsewhere, the defendant, LANIE MAE SPOTTEDBIRD, did

20  //

21  //

22  //

23

24
25
26
27
28

Information - 1
*United States v. Spottedbird*
USAO No. 2021R01214

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | knowingly and willfully obstruct and retard the passage of mail.

2 |     All in violation of Title 18, United States Code, Section 1701.

4 | DATED this  8th  day of June, 2022.

*Sarah G. Vogel, for*
NICHOLAS W. BROWN
United States Attorney

 *s/Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

*Erika J. Evans*
ERIKA J. EVANS
Assistant United States Attorney

Information - 2
*United States v. Spottedbird*
USAO No. 2021R01214

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970